USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NEB MORROW,

                      Petitioner/Defendant,

    - against -

UNITED STATES OF AMERICA,

                      Respondent/Plaintiff.

**14 Civ. 1527 (VM)**
**10 Crim. 102 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon request of the Petitioner/Defendant, Neb Morrow, (see Crim. Dkt. No. 105), the resentencing scheduled for July 21, 2023 is hereby adjourned to August 11, 2023 at 2:00 p.m. The Probation Department is respectfully directed to mail a copy of the Supplemental Presentence Investigation Report, dated May 30, 2023 (see Crim. Dkt. No. 103), to Morrow at the following address:

    10-A-6112, A-P-18
    Sing Sing Correctional Facility
    354 Hunter Street
    Ossining, NY 10562.

The Clerk of the Court is also respectfully directed to mail a copy of the Government's sentencing memorandum (Crim. Dkt. No. 104) and a copy of this Order to Morrow at the same address noted above. Morrow is respectfully directed to submit any sentencing memorandum in connection with his resentencing by August 4, 2023.

**SO ORDERED.**

Dated:      18 July 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.